MAY J. LEEDS v. ANNIE S. LEEDS.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

GRACE H. GRIFFIN v. WILLIAM H. GRIFFIN.— Motion granted. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

MARY J. MURPHY v. FLORENCE H. REDDINGTON.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

JACOB JOSIAS v. JOSEPH HERZBERG.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

JACOB WENER and Others v. EDWARD SCHWARTZ and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

DARBY A. DAY v. JAMES G. TRAINER.— Application granted. Order signed. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

CELIA GLICKSTEIN v. DAVID SPERO.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

GUISEPPE DiTOMMOSSO v. EAST COAST COALING COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

VESTA CLUB v. RICHARD E. ENRIGHT, as Police Commissioner, etc., and Others. — Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

JACOB B. SCHENITZER v. RICHARD E. ENRIGHT, as Police Commissioner of the City of New York, and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

In the Matter of WHITLOCK AVENUE, BRONX.— Motion granted. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

ANDERSON HOLDING CORPORATION v. MELIA ZRAICK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

ALVIN S. RICHMOND v. LONDON GUARANTEE AND ACCIDENT COMPANY, LTD.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

WILLIAM JAY SCHIEFFELIN v. WILLIAM WIRT MILLS and Others.— Motion granted. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of Application of ALLEN CARUTHERS, JR., for Admission to the Bar.— Motion denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY WOODHOUSE v. AERO CLUB OF AMERICA.— Motion to dismiss appeal granted, and in other respects denied. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

In the Matter of JACOB APPELL, Deceased.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

CLARENCE I. HAMILTON, Appellant, v. WILLIAM ANGUS DROGO, MONTAGU, DUKE OF MANCHESTER, Defendant. UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.; Dowling and McAvoy, JJ., dissenting.